```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA     :

        Plaintiff,                      Criminal No. 02-713

    v.                       :

IVAN JESUS TORRES                         O R D E R

        Defendant.           :
```

This matter having come before the Court by way of a motion by the defendant for early termination of supervised release;

It is on this **3rd** day of **February, 2011** hereby ORDERED that this request is denied.

```
                         s/Susan D. Wigenton
                         SUSAN D. WIGENTON
                         United States District Judge
```